IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TINA J. WALKER,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT, a political subdivision of the State of Nebraska; SCOTT GETZSCHMAN, in his official capacity as mayor and individually; BRIAN NEWTON, in his official capacity as city administrator and individually; and SHANE WIMER, in his official capacity as assistant city administrator and individually;<br><br>                Defendants. | **8:19CV356**<br><br>**ORDER** |

The parties have jointly requested a stay of the case and case progression deadlines pending completion of an agreed mediation. Accordingly,

IT IS ORDERED:

1) All activity and unexpired case progression deadlines in this case are stayed pending further order of the court.

2) A telephonic status conference to discuss the outcome of the parties' planned mediation is set for November 16, 2021 at 11:00 a.m. before the undersigned magistrate judge. The conference will be canceled upon advance notice from the parties that the case is settled.

Dated this 5th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge